# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |
| HUMANA INC.,<br><br>                        Plaintiff,<br><br>                        v.<br><br>MALLINCKRODT ARD LLC,<br><br>                        Defendant. | Adv. Proc. No. 21-51008 (JTD) |

## STIPULATION FOR DISMISSAL

Pursuant to the *Modified Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 7670] (the "Plan"), Plaintiff's General Unsecured Claims were assumed by the General Unsecured Claims Trust and the Reorganized Debtors no longer have any liability for any such General Unsecured Claims.[1]  Plan, IV.HH.7.

The parties hereby stipulate, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal of this adversary proceeding in favor of, and without prejudice to, the prepetition proofs of claim filed by Plaintiff in the above captioned bankruptcy cases, with each party to bear its own attorneys' fees and costs.  Plaintiff represents that all costs and fees due have been paid to the Bankruptcy Court for the District of Delaware.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Plan.

The dismissal of this adversary proceeding shall not be deemed an adjudication or withdrawal of Plaintiff's General Unsecured Claims which were assumed by the General Unsecured Claims Trust and shall not affect in any way whatsoever any of Plaintiff's rights relating to Plaintiff's General Unsecured Claims, including but not limited to any rights to distributions from the General Unsecured Claims Trust.

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| | |
| */s/ Michael J. Merchant* | */s/ Taylor M. Haga* |
| Mark D. Collins (No. 2981) | Robert J. Dehney (Bar No. 3578) |
| Michael J. Merchant (No. 3854) | Matthew B. Harvey (Bar No. 5186) |
| Amanda R. Steele (No. 5530) | Taylor M. Haga (Bar No. 6549) |
| Brendan J. Schlauch (No. 6115) | 1201 North Market Street, 16th Floor |
| One Rodney Square | P.O. Box 1347 |
| 920 N. King Street | Wilmington, DE 19899-1347 |
| Wilmington, DE 19801 | Telephone: (302) 658-9200 |
| Telephone: (302) 651-7700 | Facsimile: (302) 658-3989 |
| Email:  collins@rlf.com | Email:  rdehney@morrisnichols.com |
|          stearn@rlf.com |           mharvey@morrisnichols.com |
|          merchant@rlf.com |           thaga@morrisnichols.com |
|          steele@rlf.com | |
| | -and- |
| -and- | |
| | **WILLKIE FARR & GALLAGHER LLP** |
| **LATHAM & WATKINS LLP** | Benjamin P. McCallen (*pro hac vice*) |
| Jason B. Gott (*pro hac vice*) | 2029 Century Park East |
| 330 North Wabash Avenue, Suite 2800 | Los Angeles, CA 90067 |
| Chicago, IL 60611 | Telephone: (310) 855 3000 |
| Telephone: (312) 876-7700 | Email: bmccallen@willkie.com |
| Email: jason.gott@lw.com | |
| | -and- |
| | |
| | **EIMER STAHL LLP** |
| *Counsel for Mallinckrodt ARD LLC* | Scott C. Solberg (*pro hac vice*) |
| | Benjamin E. Waldin (*pro hac vice*) |
| | 224 South Michigan Avenue Suite 1100 |
| | Chicago, IL 60604 |
| | Telephone: (312) 660-7600 |
| | Email:  ssolberg@eimerstahl.com |
| |           bwaldin@eimerstahl.com |
| | |
| | *Counsel for Humana Inc.* |

Dated: February 24, 2023

**SO ORDERED** this _____ day of _____, 2023.

 

_____
THE HONORABLE JOHN T. DORSEY